JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

| **Place of Offense:** | | **Related Case Information:** 25 CR 133 JDP |
|---|---|---|
| City: Fitchburg | | Superseding _____ Docket Number |
| County/Parrish: Dane | | Same Defendant _____ New Defendant _____ |
| | | Magistrate Judge Case Number _____ |
| | | Search Warrant Case Number _____ |
| | | R 20 / R40 from District of |

*U.S. DISTRICT COURT*
*WESTERN DISTRICT OF WISCONSIN*
*DEC 1 0 2025*
*FILED/REC'D*
*CLERK OF COURT*

## Defendant information:

Matter to be Sealed ___ ___ Yes ___ ✓ ___ No

Def. Name: Owen Roberson

Alias Name: 

City/State: Fitchburg/WI

Year of Birth: 2005        Last 4 digits of SSN  8541

Sex:        M        Race:        W

## U.S. Attorney Information:

AUSA: TAYLOR L. KRAUS                Bar #: 

Interpreter: ✓ No        Yes        List language and/or dialect: 

## Location Status:

Arrest Date: 

___ ___ Already in Federal Custody as of: _____ in _____

___ ✓ ___ Already in State Custody

___ ___ On Pretrial Release

## U.S.C. Citations:

Total # of Counts:   2        ___ Petty     ___ Misdemeanor     ✓ Felony

Class A
Class B
Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g) | Felon in possession of a firearm | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date:   December 10, 2025        Signature of AUSA   /s/  TAYLOR L. KRAUS